NICHOLAS F. REYES, #102114
LAW OFFICES OF NICHOLAS F. REYES
1107 R STREET
FRESNO, CA 93721
Telephone:  559-486-4500
Facsimile:  559-486-4533
Email:  nfreyeslaw@gmail.com

Attorney for Defendant
JIMMY GIL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:14-CR-196-LJO |
|---|---|
| Plaintiff, | ORDER AUTHORIZING RELEASE OF PRETRIAL SERVICES REPORT |
| v. | |
| JIMMY GIL, | |
| Defendant. | |

GOOD CAUSE APPEARING, based on the filing of a Ninth Circuit appeal of the detention order by the defendant, it is hereby ordered that the Pretrial Services Office for the United States District Court for the Eastern District of California provide copies of the Pretrial Services Report regarding Jimmy Gil and any supplemental reports which were presented to the United States District Judge Lawrence J. O'Neill and that said reports be provided to the Clerk of the Court for inclusion in the record on appeal to be transmitted to the Court of Appeals for the Ninth Circuit for its consideration.

FURTHER, that after said consideration by the United States Court of Appeals for the Ninth Circuit, said reports are to be returned to the files of the Pretrial Services Office for the Eastern District of California and maintained therein and are not to be kept in any other court file.

IT IS SO ORDERED.

Dated:   **September 30, 2014**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

1