# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Lawrence J. O'Neill  **RE: Jimmy Gil**
Chief United States District Judge  **Docket Number: 0972 1:14CR00196-001**
Fresno, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Jimmy Gil is requesting permission to travel to Tijuana, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On July 27, 2015, Jimmy Gil was sentenced for the offense of 21 U.S.C. 841(a)(1), 841(b)(1)(A), 846, 952, and 960, Conspiracy to Import, to Distribute, and to Possess With the Intent to Distribute Cocaine (Class A Felony).

**Sentence Imposed:** 60 months custody in the Bureau of Prisons, 60 months Supervised Release, and $100 Special Assessment (paid).

**Dates and Mode of Travel:** November 26, 2018, through November 27, 2018, via personal vehicle (2014 Chevrolet Silverado).

**Purpose:** Visit family.

**RE:** Jimmy Gil
 **Docket Number: 0972 1:14CR00196-001**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,



Adrian Garcia
United States Probation Officer

Dated: November 20, 2018
 Fresno, California
 AG/dp

**REVIEWED BY:** *Jose T. Pulido* for
 **Tim D. Mechem**
 **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

IT IS SO ORDERED.

Dated: **November 21, 2018**   /s/ Lawrence J. O'Neill
 UNITED STATES CHIEF DISTRICT JUDGE