NICHOLAS F. REYES, #102114
NICHOLAS F. REYES LAW CORPORATION
1107 "R" Street
Fresno, CA 93721
Telephone:  559-486-4500
Facsimile: 559-486-4533
E-mail: nfreyeslaw@gmail.com

Attorney for Defendant
JIMMY GIL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>JIMMY GIL,<br><br>                              Defendant. | CASE NO.  1:14-CR-196-LJO<br><br>APPLICATION FOR EXONERATION OF PROPERTY BOND AND RECONVEYANCE OF REAL PROPERTY |

JIMMY GIL, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

On September 14, 2014, real property owned by JOSELIN CASTRO GIL and SILVIA GIL was posted as collateral for the property bond for the release of defendant JIMMY GIL.  The Deed of Trust in the amount of $140,000 was recorded in Kern County on property described as APN: 026-472-05-00, Deed Document No. 0214111339, property address 164 Kattenhorn Street, Shafter, CA 93263.

On September 17, 2014, this court granted the government's Motion to Revoke Order of Release and defendant remained in custody.  Defendant was never released on bond.  He was sentenced on July 27, 2015 to 60 months imprisonment and 60 months supervised

1

release.

Defendant has served his prison term and completed his supervised release.

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Joselin Castro Gil and Silvia Gil.

Dated: April 17, 2024                    /s/ Nicholas  F. Reyes
                                         NICHOLAS F. REYES
                                         Attorney for Defendant


## **ORDER**

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Joselin Castro Gil and Silvia Gil.

IT IS SO ORDERED.

   Dated:   **April 18, 2024**                    _Jennifer L. Thurston_
                                         UNITED STATES DISTRICT JUDGE